DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**8894132 CANADA INC.,** et al.,
Appellant,

v.

**TCA GLOBAL CREDIT MASTER FUND, LP,**
Appellee.

No. 4D21-3300

[December 29, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE-19-000406 (14).

Aliette D. Rodz and Jerel C. Dawson of Shutts & Bowen LLP, Miami, for appellants.

Aaron S. Blynn and Brett M. Halsey of Genovese Joblove & Battista, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***